UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENGJIE MAO, YINGZI LI, | Case No.:  26-cv-816-JO-JLB |
| Petitioners, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |
| SIXTO MARRERO, *et al.*, | |
| Respondents. | |

For the reasons stated in the Court's minute order [Dkt. 13], the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. Respondents shall RELEASE Petitioners Pengjie Mao and Yingzi Li by 5 p.m. on February 21, 2026. Respondents shall file an affidavit attesting to Petitioners' release by 5 p.m. on the following business day.

2. Respondents are enjoined from redetaining Petitioners without a pre-deprivation hearing before an immigration judge, at which the Government bears the burden of proving by clear and convincing evidence that circumstances have materially changed, rendering Petitioners a danger to the community or a flight risk.

1

*See Singh v. Holder*, 638 F.3d 1996, 1203 (9th Cir. 2011).  The immigration judge must consider Petitioners' financial circumstances and alternatives to bond as necessary in setting conditions of release.  *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

3.     Respondents shall file a declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioners **until 48 hours after** filing the declaration.

**IT IS SO ORDERED.**

Dated: February 20, 2026

_____

Honorable Jinsook Ohta
United States District Judge

26-cv-816-JO-JLB