

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pengjie Mao, an individual; Yingzi Li, an individual<br><br>**Plaintiff,**<br><br>V.<br><br>See Attachment<br><br>**Defendant.** | Civil Action No.  26-cv-00816-JO-JLB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus and DENIES the motion for TRO as moot. The case is hereby closed.

**Date:**          3/6/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  26-cv-00816-JO-JLB

Respondents:

Sixto Marrero
Facility Administrator of Imperial Regional Detention Facility

Patrick Divver
Director of SAN DIEGO ICE Field Office, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations

Todd Lyons
Acting Director, U.S. Immigration and Customs Enforcement

Pamela Bondi
Attorney General of the United States

Kristi Noem
Secretary of Homeland Security